AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JEREMIAH DEANGELO PONDER,

Plaintiff,

v.

MARTY ALLEN, et al.,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 6:18-cv-106

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated March 18, 2019, the Court ADOPTS the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court DISMISSES without prejudice Plaintiff's Complaint, DENIES as moot all pending Motions, and DENIES Plaintiff leave to appeal in forma pauperis.

This case stands CLOSED.

Approved by: _____

March 21, 2019
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03